# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **DAVID TOM, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **CONSIDER SOLAR, LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:24-cv-01100-RDA-WEF |

## AFFIDAVIT OF SERVICE

I, Breanna Hipchen, state:

I am a private process server, 18 years of age or older and not a party to this action or a member of a corporation or organization that is a party to this action. My address is 9909 Whitemoss Dr., Manassas, VA 20109.

I served the following documents to CONSIDER SOLAR, LLC in Prince William County, VA on June 28, 2024 at 12:37 pm at 8864 Pennock Court, Bristow, VA 20136 by leaving the following documents with Alfonso Torres III who as Agent is authorized by appointment or by law to receive service of process for CONSIDER SOLAR, LLC.

SUMMONS, CIVIL COVER SHEET AND INSTRUCTIONS AND COMPLAINT DEMAND FOR JURY TRIAL

Hispanic or Latino Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=38.7651085016,-77.5986797177
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Fairfax County, VA on 6/28/2024.

/s/ *Breanna Hipchen*
Signature
Breanna Hipchen
+1 (770) 608-8571

